IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01317-BNB-PAC

EMPIRE FIRE AND MARINE INSURANCE CO./ZURICH,

Plaintiff,

v.

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for what was scheduled to be a scheduling conference. In view of the parties' preference to proceed by cross-motions for summary judgment based on stipulated facts, no scheduling order was entered. Consistent with matters discussed the morning:

IT IS ORDERED that motions for summary judgment shall be filed on or before **May 4, 2007**. Responses shall be filed not more than 20 days after the filing of any motion for summary judgment, and replies shall be filed not more than 15 days after the filing of any response.

IT IS FURTHER ORDERED that the parties shall file stipulations of fact and related documents on or before **April 9, 2007**. The stipulations may be supplemented, if appropriate, prior to the deadline for filing motions for summary judgment.

Dated April 5, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge