IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01317-BNB-KLM

EMPIRE FIRE AND MARINE INSURANCE CO./ZURICH,

Plaintiff,

v.

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion to Dismiss with Prejudice** [Doc. # 34, filed August 9, 2007] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated August 9, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge